BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FOSS, a/k/a/ "Cutty"<br><br>Defendant. | Case No. 19-CR-00158-DCN-2<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |

The United States of America, by and through Bart M. Davis, United States Attorney for the District of Idaho, and Joshua D. Hurwit and Francis J. Zebari, the undersigned Assistants United States Attorney, moves this Court, pursuant to Federal Rule of Criminal Procedure 32(b), to continue the sentencing for this defendant, currently scheduled for June 23, 2020, for a period of at least 90 days. Through counsel, the Defendant has stated that he does not oppose the continuance. This is the first request for a continuance of the sentencing.

This unopposed motion is based upon the following grounds:

**JOINT MOTION TO CONTINUE SENTENCING - 1**

1.	The sentencing in this case is currently scheduled for 10:00 a.m. on June 23, 2020.  This is the first setting for this hearing.

2.	Discovery in this case is voluminous and was just provided to U.S. Probation for review.  U.S. Probation needs additional time to review the discovery and confer with the Government and defense counsel as needed.

3.	The Government has communicated U.S. Probation Officer Mike Cruser, who is assigned to prepare the presentence report in this case.  Mr. Cruser stated that he supports the request for a continuance of the sentencing.

4.	Accordingly, the parties respectfully request the Court to continue the sentencing in this matter for a period of not less than ninety (90) days.  The parties also request that the Court reset the deadlines for preparing and objecting to the presentence report and providing sentencing materials to the Court, to correspond to the new sentencing date.

Respectfully submitted this 11th day of May, 2020.

> BART M. DAVIS
> United States Attorney
> By:
>
> _____
> s/ Joshua D. Hurwit
> s/ Francis J. Zebari
> Assistants United States Attorney

**JOINT MOTION TO CONTINUE SENTENCING - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2020, the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Craig Durham<br>223 N. 6th Street, Ste. 325<br>Boise, Idaho 83712 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

*/s/ Morgan McReynolds*
Legal Assistant