CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David C. Nye  
Case No. 1:19-cr-158-DCN-2  
Place: Boise, ID

Date: September 30, 2020  
Deputy Clerk: Sunny Trumbull  
Reporter: Anne Bowline  
Time: 1:59 – 2:58 p.m.

UNITED STATES OF AMERICA vs. CHRISTOPHER FOSS

Probation Officer: Mike Cruser  
Counsel for the United States: Josh Hurwit  
Counsel for the Defendant: Craig Durham

(X) Court reviewed case history.
(X) Defendant previously entered a plea of GUILTY to Count 1 of the Indictment and agreed to the Forfeiture as contained in the plea agreement.
(X) Total combined offense level 33, criminal history category 5, guideline range of 210-262 months.

(X) Court and counsel discussed objections to the Presentence Report.
(X) Court granted 3rd level for acceptance of responsibility.
(X) Counsel made arguments and sentencing recommendations to the Court.
(X) Court accepts the Presentence report and addendum adopted.
(X) Defendant made statements on his own behalf.
(X) Court addressed the 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 210 months to run concurrently with his State Court sentences.

It is further ordered that the defendant shall pay to the United States a $100 special assessment. The fine is waived.

While all monetary penalties are due and payable immediately, having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While incarcerated, the defendant shall make nominal payments of no less than $25 per quarter pursuant to the Prison's Inmate Financial Responsibility Program.
During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all general and special terms of supervised release, and all standard conditions of supervision, as outlined in the judgment in this criminal case, to be filed by this Court.

The Court recommended that the defendant participates in the RDAP Program while incarcerated, that he receives any mental health evaluations and treatments available while incarcerated and that he be housed in the facility at Sheridan Oregon.

(X) Government is not seeking Forfeiture.
(X) Defendant advised of penalties for violation of terms and conditions of supervised release.
(X) Right to appeal explained.
(X) Defendant remanded to the custody of the USMS.